**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

October 28, 2026

**Via ECF**
Honorable Margaret M. Garnett
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007

**Re: *Mutahar Ali Nahi Mohamed v. Marco Rubio, et al.*, 26 Civ. 6494 (MMG)**

Dear Judge Garnett:

This Office represents the defendants (the "Government") in this action brought by Mutahar Ali Nahi Mohamed ("Plaintiff") challenging the Department of State's revocation of Plaintiff's U.S. passport and decision not to issue Plaintiff a new U.S. passport. I write respectfully to request that the Court adjourn the initial pre-trial conference in this matter, currently scheduled for November 4, 2026, and associated deadlines, to a date after the Court has resolved the Government's anticipated motion to dismiss the complaint, if necessary.

On August 7, 2026, the Court issued a Notice scheduling an initial pre-trial conference for November 4, 2026. ECF No. 8. On October 15, 2026, the Court granted the Government's request for a one-month extension of the deadline to respond to the complaint, from October 19, 2026, to November 18, 2026. ECF No. 12. As noted above, the Government now plans to file a motion to dismiss this action in its entirety. Accordingly, postponing the initial pre-trial conference until after the Court has decided the Government's motion to dismiss will serve the interests of efficiency and judicial economy by allowing the parties to determine what, if any, disputes remain following a ruling on the motion. Indeed, a conference may not be necessary depending on how the motion is resolved. This is the first request by any party for an adjournment of this conference and associated deadlines. Plaintiff's counsel does not oppose this request. The Government apologizes to the Court for not submitting this request sooner.

We thank the Court for its consideration of this request.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney for the
Southern District of New York

By: *\/s/ Erica Silverman*
Erica Silverman
Assistant United States Attorney
Tel.: (212) 637-2696
E-mail: erica.silverman @usdoj.gov
*Attorney for Defendants*

cc: Plaintiff's counsel (via ECF)

GRANTED. The Initial Pretrial Conference and associated deadlines are ADJOURNED *sine die*, pending resolution of the forthcoming motion to dismiss.

SO ORDERED. Dated October 30 2026.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE